IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TECHNI-GRAPHICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MAJESTIC HOMES, INC., <br><br> Defendants. | ORDER & MEMORANDUM DECISION <br><br><br><br> Case No. 2:02-CV-923 |

This matter is before the court on three motions in limine and one motion to strike. For the reasons set forth at the July 22, 2005 Hearing, the court enters the following Order:

1. Plaintiff's motion to strike (Dkt. 145) is GRANTED. All references to a defense of abuse of process are stricken from the Pretrial Order. Additionally, the court strikes all references to plan 1526, plan 1500, and lot #311 as they are not at issue in this case. Plaintiff's related motion in limine to preclude evidence of claims not raised in Defendants' Answer (Dkt. 145) is GRANTED.

2. Plaintiff's motion in limine seeking to exclude Defendants' exhibits which are purported to be third-party and abbreviated floor plans (Dkt 139) is DENIED without prejudice. The court finds that a final determination regarding the independent creation

of the plans cannot be made until Defendants' experts testify. At the time of trial, Plaintiff may explore the foundation for the plans on voir dire. If necessary, this voir dire will be conducted outside the presence of the jury. The parties agree that the expert report of John Tehranian is not admissible and the court notes that expert reports are generally inadmissible.

3. Defendants' motion in limine regarding the admissibility of expert testimony on the issue of damages (Dkt. 141) is GRANTED. Plaintiff's expert reports are not admissible and the experts' testimony is limited to a critique Defendants' expert's calculation of damages. Plaintiff's experts are not permitted to assert a specific calculation of damages unless circumstances at trial require otherwise.

SO ORDERED this 27th day of July, 2005.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
United States District Judge